**EXHIBIT 2:** INFRINGEMENT
URL: https://www.cmpnd.com/coworking/3-grace

Office Space in Great Neck for

cmpnd.com/coworking/3-grace

cmpnd Residential Coworking Locations Blog Reserve Space Contact Us MEMBER LOGIN

## Great Neck Plaza

There is so much to love about working in the Village of Great Neck Plaza. Take a break in the courtyard, or the adjacent park, dash to any one of the five retail bank branches across the street or try one of the dozens of restaurants around you. CMPND Great Neck, a premier office property with top-tier office amenities, is in the heart of town, adjacent to Great Neck Plaza, and next to a transportation hub. This coworking space offers not only the convenience of location but also access to a meeting room private for focused work sessions and client engagements.



book a tour