**STATE OF NEW YORK**
**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN DISTRICT OF NEW YORK**

**Docket / Index #** 1:26-cv-03830-OEM-TAM
**Date Filed:** **June 25, 2026**
**PDY #** **PDY17085**

**Attorney(s):** SANDERS LAW GROUP **Phone #** (516) 203-7600
**Address:** 333 Earle Ovington Blvd. Suite 402, Uniondale, NY 11553 **File #** 131970

KATHY KMONICEK

**vs** *Plaintiff / Petitioner*

CMPND LLC, ET AL.

*Defendant / Respondent*

**STATE OF NEW YORK, COUNTY OF NASSAU** **AFFIDAVIT OF SERVICE**

Philip Brugge, being duly sworn deposes and says that deponent is not a party to this action, is over the age of 18 years and resides in the State of New York. That on July 22, 2026 at 11:39 AM, at C/O CMPND LLC - 98 CUTTERMILL ROAD, SUITE 284N, Great Neck, NY 11021, deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH SUPPORTING EXHIBIT(S)** on: CMPND LLC, Defendant therein named. The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

| | |
|---|---|
| #1 [ ] Individual | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| #2 [X] Corporation | By delivering thereat a true copy of each to MARINLY (LAST NAME REFUSED) personally, deponent knew the person so served to be the AUTHORIZED AGENT of the corporation, and authorized to accept service on behalf of the corporation. |
| #3 [ ] Suitable Age Person | By delivering a true copy of each to ______ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. |
| #4 [ ] Affixing To Door | By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.<br>Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat<br>on ______ at ______<br>on ______ at ______<br>on ______ at ______<br>on ______ at ______<br>Address confirmed by ______ |
| #5 [ ] Mail Copy | On ______, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. |
| #6 [X] Description (use With #1, 2 Or 3) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:<br>*Perceived Sex:* Female *Perceived Race:* Caucasian *Color of Hair:* Brown/Gray *Age:* 60-65 YRS. *Height:* 5' 3" - 5' 5" *Weight:* 150 -170 LBS.<br>*Other Features:* |
| #7 [ ] Wit. Fees | ______ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. |
| #8 [ ] Military Service | |
| #9 [ ] Other | |

Sworn to before me on: July 22, 2026

[signature]

Victoria Acevedo
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AC6363676
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES 08/28/2029

[signature]

Philip Brugge
Server's Lic #
Invoice / Work Order # W1047725