SANDERS LAW GROUP

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

July 29, 2026

***Via ECF***
Hon. Orelia E. Merchant
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Kathy Kmonicek v. CMPND LLC*
Docket No: 1-26-cv-3830-OEM-TAM

Dear Judge :

We are the attorneys for Plaintiff in this matter and write to respectfully request that Docket No. 7 be removed from the Docket or in the alternative, marked as Deficient. The document was inadvertently under the incorrect filing user. It has since been refiled under the correct filing user as Docket No. 8.

Thank you for your consideration of this request.

Respectfully submitted,

/s *Sara Pilson*
Sara Pilson