SLG SANDERS · LAW GROUP ·

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kathy Kmonicek,<br><br>Plaintiff,<br><br>v.<br><br>CMPND LLC,<br><br>Defendant. | Case No: 1-26-cv-3830-OEM-TAM |

**APPEARANCE OF COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Kathy Kmonicek.

Dated: August 11, 2026

**SANDERS LAW GROUP**

By: *<u>/s/ Craig Sanders</u>*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 131970
*Attorneys for Plaintiff*