**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Kathy Kmonicek,

Plaintiff,

v.

CMPND LLC,

Defendant.

Case No: 1-26-cv-3830-OEM-TAM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I caused to be served via USPS First Class Mail and electronic mail a copy of the Court's August 12, 2026, and August 20, 2026, Order upon the Defendant CMPND LLC, at the following addresses:

CMPND LLC
3 Grace Avenue
Great Neck, NY 11021

Email: hello@cmpnd.com

By: _/s Serena Onbasi_
Serena Onbasi

SLG SANDERS · LAW GROUP ·